# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 23-476 PA (AGRx) | Date | February 17, 2023 |
|---|---|---|---|
| Title | Chelsey L. Jones v. L Oreal USA, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

On January 31, 2023, the Court ordered plaintiff Chelsey L. Jones ("Plaintiff") to file a response no later than February 14, 2023 addressing certain factors regarding the appropriate forum for this action. (See Order, Docket No. 22.) On February 14, 2023, Plaintiff filed an insufficient and non-substantive response. (See Pl.'s Resp., Docket No. 23.) Plaintiff is ordered to file a substantive Response to the January 31, 2023 Order **no later than noon February 21, 2023**. Failure to timely and adequately respond may result in the dismissal or transfer of this action without further warning.

IT IS SO ORDERED.